UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOURCE ENTERTAINMENT, INC., et.al.,
                Plaintiffs,

        -against-                           **JUDGMENT**

BLACK ENTERTAINMENT TELEVISION INC.,
                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 10/12/06

05 CIVIL 9910 (CSH)

Defendant having moved to dismiss, and the matter having come before the Honorable Charles S Haight, United States District Judge, and the Court, on October 10, 2006, having rendered its Order granting defendant's motion to dismiss and dismissing the complaint with prejudice and without costs, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 10, 2006, defendant's motion to dismiss is granted and the complaint is dismissed with prejudice and without costs; accordingly, the case is closed.

**Dated:** New York, New York
         Oct 12, 2006

                                      J. MICHAEL McMAHON
                                      Clerk of Court
                BY:
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ___